The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 3, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: December 3, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 18-12231 |
| Alan D. Miyashiro<br>Jennifer L Miyashiro | Chapter 13 |
| Debtors. | Judge Arthur I. Harris |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF REAL PROPERTY LOCATED AT 956 AUSTIN AVENUE, AKRON, OH 44306**

This matter is set before the Court upon U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust's ("Movant") Motion for Relief from the Automatic Stay ("Motion") (Doc. No. 30) submitted to the Court, which demonstrates that Movant holds a security interest in the real property located at 956 AUSTIN AVENUE, AKRON, OH 44306 ("Property) and that, per the Debtors' Chapter 13 Plan filed April 13, 2018, the intent is to surrender the Property to the Movant. The parties agree that the Debtors are surrendering the property. Upon the entry of this Agreed Order, Movant is prohibited from filing a deficiency Proof of Claim for any remaining deficiency balance.

IT IS, THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns as to the property known as a 956 AUSTIN AVENUE, AKRON, OH 44306. In the event that this bankruptcy converts to a Chapter 7 or is dismissed, Relief from Stay remains.

###

SUBMITTED AND APPROVED BY:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Debra E. Booher
Debra E. Booher (47804)
1350 Portage Trail
Cuyahoga Falls, OH 44223
Phone: 330-253-1555
Email: charlotte@bankruptcyinfo.com
Attorney for Debtor(s)
(Per Authorization Received on 11/28/19)

COPIES TO:

Debra E. Booher, Debtors' Counsel, at charlotte@bankruptcyinfo.com (VIA ECF MAIL)

Lauren A. Helbling, Trustee, at ch13trustee@ch13cleve.com (VIA ECF MAIL)

Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)

Alan D. Miyashiro, Debtor, 25695 Mill Street, Olmsted Falls, OH 44138 (VIA U.S. MAIL)

Jennifer L Miyashiro, Debtor, 25695 Mill Street, Olmsted Falls, OH 44138 (VIA U.S. MAIL)